UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MAINE MEDICAL CENTER, | ) | Case No.: 2:21-cv-00179-NT |
| Plaintiff | ) | |
| v. | ) | |
| GENERAL REINSURANCE CORPORATION, | ) | |
| Defendant | ) | |

## AFFIDAVIT OF JOHN S. WHITMAN

I, John S. Whitman, Esquire, being duly sworn state the following:

1. I am counsel of record for Defendant General Reinsurance Corporation in the above-captioned matter.

2. In accordance with this Court's Procedural Order dated June 30, 2021, I hereby submit the duplicate record of the state court and confirm that it contains an accurate copy of every document, of every kind and description, docketed in the state court proceedings before removal to this Court.

3. The duplicate record contains the following:

   a. Docket Record;
   b. Letter from Attorney Poliquin, dated May 26, 2021;
   c. Complaint, dated May 26, 2021;
   d. Civil Summary Sheet.

Copies of the documents received from the Cumberland County Superior Court are attached to this Affidavit.

4.  Based on information which I believe to be true, the duplicate record reflects every action taken in the matter by the state court prior to removal.

DATED at Portland, Maine this 1st day of July, 2021.

                              /s/John S. Whitman
                              John S. Whitman, Esquire
                              Attorney for Defendant General Reinsurance Corporation

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com

STATE OF MAINE
CUMBERLAND, ss.                            DATE:   July 1, 2021

Personally appeared before me the above-named John S. Whitman and stated that the facts in the above Affidavit of John S. Whitman, Esquire regarding the state court record by Defendant, General Reinsurance Corporation, are true to the best of his knowledge.

                              /s/ Pamela L. Chapman
                              Notary Public

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of July, 2021 Defendant Westport Insurance Corporation's Affidavit of John S. Whitman, Esquire regarding the state court record was electronically filed by using the CM/ECF system, which will provide notice to me and all other counsel of record.

                                         */s/ John S. Whitman*
                                         John S. Whitman, Esquire
                                         Attorney for Defendant General Reinsurance Corporation

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474
jwhitman@rwlb.com