UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MAINE MEDICAL CENTER, INC.,                )<br>                                                                 )<br>            **Plaintiff and Counterclaim**     )<br>            **Defendant.**                                )<br>v.                                                              )<br>                                                                 )<br>GENERAL REINSURANCE CORPORATION, )<br>                                                                 )<br>            **Defendant and**                          )<br>            **Counterclaim Plaintiff.**             ) | Civil No. 2:21-cv-00179-NT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1(a), the undersigned parties stipulate that all claims and counterclaims in this case are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated: May 11, 2023                                                        Respectfully submitted,


                                                                                        */s/ Karen L. Toto*

                                                                                        John S. Whitman
                                                                                        Richardson Whitman Large & Badger
                                                                                        465 Congress Ave., 9th Floor
                                                                                        Portland, Maine 04101
                                                                                        Telephone: (207)774-7474
                                                                                        Email: jwhitman@rwlb.com

                                                                                        Benjamin C. Eggert (admitted *pro hac vice*)
                                                                                        Karen L. Toto (admitted *pro hac vice*)
                                                                                        Wiley Rein LLP
                                                                                        2050 M Street NW
                                                                                        Washington, DC 20036
                                                                                        Telephone: (202) 719-7000
                                                                                        Email: beggert@wiley.law
                                                                                                     ktoto@wiley.law

1

*Counsel for Defendant / Counterclaim-Plaintiff General Reinsurance Corporation*


<u>/s/ James D. Poliquin</u>

James D. Poliquin
Norman, Hanson & Detroy, LLC
Two Canal Plaza
P. O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
jpoliquin@nhdlaw.com

*Counsel for Plaintiff / Counterclaim-Defendant Maine Medical Center, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2023, I caused a true copy of the foregoing document to be served by ECF on the parties identified below:

James D. Poliquin
Norman, Hanson & Detroy, LLC
Two Canal Plaza
P. O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
jpoliquin@nhdlaw.com

*Counsel for Plaintiff MMC*

                                                  */s/ Karen L. Toto*